Joseph R. Lang, Esq., NJ ID # 022771985
Costadinos J. Georgiou, Esq. NJ ID # 408772022
LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC
136 Franklin Corner Road, Unit B-2
Lawrenceville, New Jersey 08648
(609) 896-2000
jlang@lenoxlaw.com
cgeorgiou@lenoxlaw.com
Attorneys for Defendant, **Ashraf E. Haggag, M.D.**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY STATE PRISON, et al., <br><br> Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> **Civil Action No.: 3:24-cv-08290-ZNQ-JTQ** <br><br><br> **NOTICE OF MOTION IN SUPPORT OF DR. HAGGAG'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

**TO:**

    **John Doe, SBI # 758754B (via U.S. Mail)**
    **New Jersey State Prison**
    **P.O. Box 861**
    **Trenton, New Jersey 08625**
    **Pro Se Plaintiff**

**ON FURTHER NOTICE:**
    **All Counsel of Record (via ECF)**

    **PLEASE TAKE NOTICE** that on Monday, June 1, 2026, at 9:00 a.m. or as soon thereafter

as counsel may be heard, the undersigned, attorneys for Defendant Ashraf E. Haggag, M.D. ("Dr.

Haggag"), shall apply to the United States District Court for the District of New Jersey, at the Clarkson

S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, New Jersey

08608, for an Order dismissing Plaintiff's Complaint as against Dr. Haggag for failure to state a claim

upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**TAKE FURTHER NOTICE** that this motion is submitted pursuant to Fed. R. Civ. P. 12(b)(6). Reliance shall be placed on the attached Brief, Certification of Counsel, and Exhibit A. Oral argument is specifically requested.

A proposed form of Order is submitted herewith.

**LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC**

*Costadinos J. Georgiou*
_____
Costadinos J. Georgiou, Esquire
Attorneys for Defendant
**Ashraf E. Haggag, M.D.**

DATED: April 30, 2026