Joseph R. Lang, Esq., NJ ID # 022771985
Costadinos J. Georgiou, Esq. NJ ID # 408772022
LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC
136 Franklin Corner Road, Unit B-2
Lawrenceville, New Jersey 08648
(609) 896-2000
jlang@lenoxlaw.com
cgeorgiou@lenoxlaw.com
Attorneys for Defendant, **Ashraf E. Haggag, M.D.**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY STATE PRISON, et al., <br><br> Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> **Civil Action No.: 3:24-cv-08290-ZNQ-JTQ** <br><br> **CERTIFICATION OF COUNSEL IN SUPPORT OF DR. HAGGAG'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

I, Costadinos J. Georgiou, Esq., of full age hereby certify as follows:

1.      I am an attorney-at-law licensed to practice in the State of New Jersey and an associate with the law firm of LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG, & CASEY, LLC, attorneys for Defendant Ashraf E. Haggag, M.D. ("Dr. Haggag"). As such, I am fully familiar with the facts and circumstances herein and I make this Certification in support of Dr. Haggag's Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6).

2.      The following exhibit is a truthful and accurate copy of the original document:

Exhibit A            *Pro Se* Plaintiff's Complaint

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing are willfully false, I am subject to punishment.

1

**LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC**

*Costadinos J. Georgiou*
_____
Costadinos J. Georgiou, Esquire
Attorneys for Defendant
**Ashraf E. Haggag, M.D.**

DATED: April 30, 2026