Joseph R. Lang, Esq., NJ ID # 022771985
Costadinos J. Georgiou, Esq. NJ ID # 408772022
LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC
136 Franklin Corner Road, Unit B-2
Lawrenceville, New Jersey 08648
(609) 896-2000
jlang@lenoxlaw.com
cgeorgiou@lenoxlaw.com
Attorneys for Defendant, **Ashraf E. Haggag, M.D.**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY STATE PRISON, et al.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:24-cv-08290-ZNQ-JTQ**<br><br>**PROOF OF SERVICE IN SUPPORT OF DR. HAGGAG'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

1. I am employed by the law firm of LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, attorneys for Defendant Ashraf E. Haggag, M.D., in the above-captioned action.

2. On April 30, 2026, copies of the Defendant's Notice of Motion to Dismiss for Failure to State a Claim, Brief, Certification of Counsel, Proposed Order and Exhibit A were served on all counsel of record via ECF and upon the *pro se* Plaintiff via regular and certified mail.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

1

**LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC**

*Costadinos J. Georgiou*

_____
Costadinos J. Georgiou, Esquire
Attorneys for Defendant
**Ashraf E. Haggag, M.D.**

DATED: April 30, 2026

2