Joseph R. Lang, Esq., NJ ID # 022771985
Costadinos J. Georgiou, Esq. NJ ID # 408772022
LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG & CASEY, LLC
136 Franklin Corner Road, Unit B-2
Lawrenceville, New Jersey 08648
(609) 896-2000
jlang@lenoxlaw.com
cgeorgiou@lenoxlaw.com
Attorneys for Defendant, **Ashraf E. Haggag, M.D.**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY STATE PRISON, et al.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Action No.: 3:24-cv-08290-ZNQ-JTQ**<br><br>**ORDER GRANTING DR. HAGGAG'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

**THIS MATTER** having been opened to the Court by LENOX, SOCEY, FORMIDONI, GIORDANO, LANG, CARRIGG, & CASEY, LLC, attorneys for Defendant Ashraf E. Haggag, M.D. ("Dr. Haggag"), for the entry of an Order dismissing *pro se* Plaintiff's Complaint for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the moving papers and any opposition filed thereto and for the reasons set forth on the record and herein and for good cause shown;

**IT IS** on this 1st day of June, 2026;

**ORDERED** that Defendant's Motion to Dismiss pro se Plaintiff's Complaint for Failure to State a Claim is **GRANTED** in its entirety; and it is further

**ORDERED** that *pro se* Plaintiff's Complaint and any and all crossclaims against Defendant Ashraf E. Haggag, M.D. are **DISMISSED WITH PREJUDICE** for failure to state a claim; and it is further

1

**ORDERED** that service of this Order shall be deemed effectuated upon all counsel of record upon its filing via ECF and upon the *pro se* Plaintiff via regular and certified mail.

_____

Hon. Zahid N. Quraishi, U.S.D.J.

Opposed:

Unopposed: