Margaret Raymond-Flood, Esq.
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
Phone: (908) 722-0700
Direct: (908) 252-4228
Email: mraymondflood@norris-law.com
*Attorneys for Defendants*
*Dr. Samuel Lopez,*
*Dr. Ihuoma Nwachukwu, and*
*Kenneth B. Bass, i/p/a Nurse Bass*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | Civil Action No.: 3:24-cv-08290-ZNQ-JTQ |
| Plaintiff, | |
| v. | ELECTRONICALLY FILED |
| NEW JERSEY STATE PRISON, et al., | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I hereby certify that Defendants Dr. Samuel Lopez's, Dr. Ihuoma Nwachukwu's, and Kenneth B. Bass' (improperly pled as Nurse Bass) Answer to Plaintiff John Doe's Complaint was electronically filed on May 13, 2024, and this certification of service were electronically filed on May 14, 2026.

I further certify that the above-referenced papers and the Notice of Electronic Filing were served on pro se Plaintiff John Doe by certified mail on this date as follows:

John Doe
SBI# 758754B - #248318
East Jersey State Prison
1100 Woodbridge Rd.
Rahway, NJ 07065

I further certify that once the electronic filing receipt is received, any party not receiving electronic notices from the court will receive a copy of the aforementioned papers along with a copy of the Notice of Electronic Filing by regular mail.

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**NORRIS McLAUGHLIN, P.A.**
*Attorneys for Defendants*
*Dr. Samuel Lopez,*
*Dr. Ihuoma Nwachukwu, and*
*Kenneth B. Bass, i/p/a Nurse Bass*

By: */s/ Margaret Raymond-Flood*
　　　Margaret Raymond-Flood, Esq.

Dated: May 14, 2026