Andrea M. Suarez, Esq.
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendants*
*Dr. Samuel Lopez,*
*Dr. Ihuoma Nwachukwu, and*
*Kenneth B. Bass, improperly pled as Nurse Bass*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JOHN DOE, | : | Civil Action No.: 3:24-cv-08290-ZNQ-JTQ |
| Plaintiff, | : | ELECTRONICALLY FILED |
| v. | : | **NOTICE OF APPEARANCE** |
| NEW JERSEY STATE PRISON, et al., | : | |
| Defendants. | : | |

**PLEASE TAKE NOTICE** that Andrea M. Suarez, Esq., of Norris McLaughlin, P.A., hereby enters an appearance on behalf of Defendants Dr. Samuel Lopez, Dr. Ihuoma Nwachukwu, and Kenneth B. Bass, improperly pled as Nurse Bass, and requests that copies of all papers in this action be served upon the undersigned.

**NORRIS McLAUGHLIN, P.A.**

By: */s/ Andrea M. Suarez*
    Andrea M. Suarez, Esq.

Dated: May 15, 2026

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on May 15, 2026, the foregoing was filed electronically with the Clerk of the Court and is being served upon pro-se Plaintiff John Doe *via* certified mail as follows:

John Doe
SBI# 758754B - #248318
East Jersey State Prison
1100 Woodbridge Rd.
Rahway, NJ 07065

I hereby certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.